UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JONATHAN H. DAVIS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, USP BIG SANDY,<br><br>    Respondent. | No. 7:19-CV-54-REW<br><br><br><br>JUDGMENT |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, the Court:

1. **DENIES** Jonathan H. Davis's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (DE 1);

2. **ENTERS JUDGMENT** in favor of Respondent; and

3. **STRIKES** this matter from the Court's active docket.

This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 24th day of April, 2020.



1